| Information to identify the case: | | | | |
|---|---|---|---|---|
| Debtor 1 | **Sharon Denise Grant** | | Social Security number or ITIN | xxx–xx–1651 |
| | First Name   Middle Name   Last Name | | EIN | _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | First Name   Middle Name   Last Name | | Social Security number or ITIN | _ _ _ _ |
| | | | EIN | _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court | **Middle District of Alabama** | | Date case filed for chapter **13** **December 1, 2017** | |
| Case number: | 17–33504 | | | |

Official Form 309I

## Notice of Chapter 13 Bankruptcy Case                                                                             12/17

**For the debtors listed above, a case has been filed under chapter 13 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors, the debtors' property, and certain codebtors. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

Confirmation of a chapter 13 plan may result in a discharge. Creditors who assert that the debtors are not entitled to a discharge under 11 U.S.C. § 1328(f) must file a motion objecting to discharge in the bankruptcy clerk's office within the deadline specified in this notice. Creditors who want to have their debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office by the same deadline. (See line 13 below for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at www.pacer.gov).

**No one in the bankruptcy clerk's office may give legal advice.**

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

| | | About Debtor 1: | About Debtor 2: |
|---|---|---|---|
| 1. | **Debtor's full name** | Sharon Denise Grant | |
| 2. | **All other names used in the last 8 years** | | |
| 3. | **Address** | 154 Langston Hughes Drive<br>Burkville, AL 36752 | |
| 4. | **Debtor's attorney**<br>Name and address | Joshua C. Milam<br>Shinbaum & Campbell<br>566 S. Perry Street<br>Montgomery, AL 36104 | Contact phone 334–269–4440<br>Email: jmilam@smclegal.com |
| 5. | **Bankruptcy trustee**<br>Name and address | Sabrina L. McKinney<br>P.O. Box 173<br>Montgomery, AL 36101 | Contact phone 334–262–8371 |
| 6. | **Bankruptcy clerk's office**<br>Documents in this case may be filed at this address.<br>You may inspect all records filed in this case at this office or online at www.pacer.gov. | One Church Street<br>Montgomery, AL 36104 | Hours open 8:30 AM – 4:00 PM<br>Contact phone 334–954–3800<br>Date: December 2, 2017 |

**For more information, see page 2 >**

Official Form 309I                      Notice of Chapter 13 Bankruptcy Case                                                    page 1

Case 17-33504    Doc 11    Filed 12/06/17    Entered 12/07/17 00:21:40    Desc Imaged
                          Certificate of Notice    Page 1 of 3

| | | |
|---|---|---|
| **7. Meeting of creditors**<br>Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so. | **January 16, 2018 at 09:00 AM**<br><br>The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket.<br><br>**Valid photo identification required.**<br>**No cell phones or cameras will be allowed in the building.** | **Location:**<br>**Frank M. Johnson, Jr. Federal Courthouse, (Lee St. entrance), Sec. 341 Meeting Room (105), Montgomery, AL 36104** |
| **8. Deadlines**<br>The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **Deadline to file a complaint to challenge dischargeability of certain debts:**<br><br>**You must file:**<br>• a motion if you assert that the debtors are not entitled to receive a discharge under U.S.C. § 1328(f) or<br>• a complaint if you want to have a particular debt excepted from discharge under 11 U.S.C. § 523(a)(2) or (4). | **Filing deadline: March 19, 2018** |
| | **Deadline for all creditors to file a proof of claim (except governmental units):** | **Filing deadline: February 9, 2018** |
| | **Deadline for governmental units to file a proof of claim:** | **Filing deadline: _____** |
| | **Deadlines for filing proof of claim:**<br>A proof of claim is a signed statement describing a creditor's claim. A proof of claim form may be obtained at www.uscourts.gov or any bankruptcy clerk's office.<br><br>If you do not file a proof of claim by the deadline, you might not be paid on your claim. To be paid, you must file a proof of claim even if your claim is listed in the schedules that the debtor filed. Claims can be filed electronically through the court's website at: www.almb.uscourts.gov/electronic–proof–claim.<br><br>Secured creditors retain rights in their collateral regardless of whether they file a proof of claim. Filing a proof of claim submits the creditor to the jurisdiction of the bankruptcy court, with consequences a lawyer can explain. For example, a secured creditor who files a proof of claim may surrender important nonmonetary rights, including the right to a jury trial. | |
| | **Deadline to object to exemptions:**<br>The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing deadline:** 30 days after the *conclusion* of the meeting of creditors |
| **9. Filing of plan** | The debtor has filed a plan. The plan is enclosed. The hearing on confirmation will be held:<br>Date: **February 26, 2018**, Time: **09:30 AM**, Location: **U.S. Bankruptcy Court, One Church Street, Courtroom 4C, Montgomery, AL 36104** | |
| **10. Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadline in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |
| **11. Filing a chapter 13 bankruptcy case** | Chapter 13 allows an individual with regular income and debts below a specified amount to adjust debts according to a plan. A plan is not effective unless the court confirms it. You may object to confirmation of the plan and appear at the confirmation hearing. A copy or summary of the plan, if not enclosed, will be sent to you later, and if the confirmation hearing is not indicated on this notice, you will be sent notice of the confirmation hearing. The debtor will remain in possession of the property and may continue to operate the business, if any, unless the court orders otherwise. | |
| **12. Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors, even if the case is converted to chapter 7. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at www.pacer.gov. If you believe that the law does not authorize an exemption that debtors claimed, you may file an objection by the deadline. | |
| **13. Discharge of debts** | Confirmation of a chapter 13 plan may result in a discharge of debts, which may include all or part of a debt. However, unless the court orders otherwise, the debts will not be discharged until all payments under the plan are made. A discharge means that creditors may never try to collect the debt from the debtors personally except as provided in the plan. If you want to have a particular debt excepted from discharge under 11 U.S.C. § 523(a)(2) or (4), you must file a complaint and pay the filing fee in the bankruptcy clerk's office by the deadline. If you believe that the debtors are not entitled to a discharge of any of their debts under 11 U.S.C. § 1328(f), you must file a motion. The bankruptcy clerk's office must receive the objection by the deadline to object to exemptions in line 8. | |

# CERTIFICATE OF NOTICE

District/off: 1127-2　　　　User: admin　　　　Page 1 of 1　　　　Date Rcvd: Dec 04, 2017
　　　　　　　　　　　　　Form ID: 309I　　　Total Noticed: 27

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 06, 2017.

```
db              +Sharon Denise Grant,    154 Langston Hughes Drive,    Burkville, AL 36752-5209
3893708          BAPTIST HEALTH,    PO BOX 241145,    Montgomery, AL 36124-1145
3893707         +BAPTIST HEALTH,    C/O CHAMBLESS & MATH,     P O BOX 230759,    Montgomery, AL 36123-0759
3893711         +COVINGTON CREDIT,    1659 E MAIN STREET,    Prattville, AL 36066-3503
3893709         +Capstone Finance,    3207 Atlanta Highway,    Montgomery, AL 36109-3435
3893713         +DIRECTV,    PO BOX 64378,    Saint Paul, MN 55164-0378
3893699          EQUIFAX INFORMATION SERVICES LLC,    P.O. BOX 740241,    Atlanta, GA 30374-0241
3893701          EXPERION,    P.O. BOX 9701,    Allen, TX 75013-9701
3893714         +FIRST SUN,    33 S. PERRY STREET,    Montgomery, AL 36104-3756
3893715         +JACKSON HOSPITAL,    1725 PINE STREET,    Montgomery, AL 36106-1117
3893718         +REPUBLIC FINANCE,    C/O CAPITOL CORPORATE SERVICES INC,     2 NORTH JACKSON STREET STE 605,
                 Montgomery, AL 36104-3821
3893719         +RICE BANKING,    2803 EAST SOUTH BLVD,    Montgomery, AL 36116-2513
3893720         +Security Finance,    6156 Atlanta Highway,    Montgomery, AL 36117-2800
3893700         +TRANSUNION CONSUMER SOLUTIONS,    P.O. BOX 2000,    CHESTER, PA 19016-2000
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.

```
aty              E-mail/Text: jmilam@smclegal.com Dec 04 2017 21:20:10      Joshua C. Milam,
                 Shinbaum & Campbell,    566 S. Perry Street,    Montgomery, AL  36104
tr              +E-mail/Text: trustees_office@ch13mdal.com Dec 04 2017 21:22:33      Sabrina L. McKinney,
                 P.O. Box 173,    Montgomery, AL 36101-0173
3893702         +EDI: FRAN.COM Dec 04 2017 20:58:00      1st Franklin,    111 North Memorial Drive,
                 Prattville, AL 36067-3332
3893703         +E-mail/Text: bankruptcy@yourasecu.com Dec 04 2017 21:20:53      ALABAMA STATE EMPLOYEES CU,
                 1000 INTERSTATE PARK DRIVE,    Montgomery, AL 36109-5415
3893704         +EDI: IIC9.COM Dec 04 2017 20:58:00      ATT,    P.O. BOX 64378,    Saint Paul, MN 55164-0378
3893710         +EDI: WABK.COM Dec 04 2017 20:58:00      COLONIAL FINANCE,    108 FREDERICK STREET,
                 Greenville, SC 29607-2532
3893712         +E-mail/Text: bk@creditcentralllc.com Dec 04 2017 21:22:00      CREDIT CENTRAL,
                 1734 EAST MAIN STREET,    Prattville, AL 36066-5582
3893716         +E-mail/Text: bankruptcy@regionalmanagement.com Dec 04 2017 21:20:27      REGIONAL FINANCE,
                 631 WILLOW LANE SUITE K,    Greenville, AL 36037-8028
3893717         +E-mail/Text: bankruptcy@republicfinance.com Dec 04 2017 21:22:22      REPUBLIC FINANCE,
                 520 PINNACLE PLACE,    Prattville, AL 36066-6542
3893721         +EDI: RMSC.COM Dec 04 2017 20:58:00      SYNCB/WALMART,    4125 WINWARD PLAZA,
                 Alpharetta, GA 30005-8738
3893705          E-mail/Text: legal_bankruptcy@badcock.com Dec 04 2017 21:20:12      BADCOCK,    151 N MEMORIAL DR,
                 Prattville, AL 36067
3893706          E-mail/Text: legal_bankruptcy@badcock.com Dec 04 2017 21:20:12      BADCOCK FURNITURE,
                 1707 CHEROKEE AVE SW,    Cullman, AL 35055
3893722         +EDI: WABK.COM Dec 04 2017 20:58:00      WORLD ACCPTANCE,    4327 ATLANTA HWY,
                 Montgomery, AL 36109-3170
                                                                                               TOTAL: 13
```

```
             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 06, 2017　　　　　　　　　　　　　　　　Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 2, 2017 at the address(es) listed below:
NONE.　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　TOTAL: 0