UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF ALABAMA

In re                                              Case No. 17-33504-WRS
                                                   Chapter 13
SHARON DENISE GRANT,

    Debtor

### ORDER GRANTING MOTION TO APPOINT INTERPRETER

Upon consideration of the motion to appoint, Brenda Montgomery, as an interpreter for the debtor in all proceedings in this case (Doc. 14), it is

ORDERED that the motion is GRANTED.

Done this 4th day of January, 2018.

/s/ William R. Sawyer
United States Bankruptcy Judge

c: Joshua C. Milam, Attorney for Debtor
   Teresa R. Jacobs, Bankruptcy Administrator
   Sabrina L. McKinney, Trustee