UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF ALABAMA

In re  Case No. 17-33504-WRS
 Chapter 13

SHARON DENISE GRANT,

    Debtor

## *AMENDED*
## ORDER GRANTING MOTION TO APPOINT INTERPRETER

Upon consideration of the motion to appoint, ***Belinda Montgomery***, as an interpreter for the debtor in all proceedings in this case (Doc. 14), it is

ORDERED that the motion is GRANTED.

Done this 4th day of January, 2018.

*/s/ Willi. R.*

United States Bankruptcy Judge

c: Joshua C. Milam, Attorney for Debtor
   Teresa R. Jacobs, Bankruptcy Administrator
   Sabrina L. McKinney, Trustee