UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF ALABAMA

In re                                                       Case No. 17-33504-WRS
                                                            Chapter 13
SHARON DENISE GRANT,

    Debtor

## *AMENDED*
## ORDER GRANTING MOTION TO APPOINT INTERPRETER

Upon consideration of the motion to appoint, ***Belinda Montgomery***, as an interpreter for the debtor in all proceedings in this case (Doc. 14), it is

ORDERED that the motion is GRANTED.

Done this 4th day of January, 2018.

*/s/ Willi RS*

United States Bankruptcy Judge

c: Joshua C. Milam, Attorney for Debtor
   Teresa R. Jacobs, Bankruptcy Administrator
   Sabrina L. McKinney, Trustee

United States Bankruptcy Court
Middle District of Alabama

In re:  
Sharon Denise Grant  
    Debtor

Case No. 17-33504-WRS  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 1127-2     User: rwalker     Page 1 of 1     Date Rcvd: Jan 04, 2018  
                Form ID: pdfSOME     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 06, 2018.  
db            +Sharon Denise Grant,    154 Langston Hughes Drive,    Burkville, AL 36752-5209

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                         TOTAL: 0

          ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 06, 2018                                     Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 4, 2018 at the address(es) listed below:  
         Bankruptcy Administrator    ba@almb.uscourts.gov  
         Joshua C. Milam    on behalf of Debtor Sharon Denise Grant jmilam@smclegal.com, scarter@smclegal.com;tbramlett@smclegal.com;rshinbaum@smclegal.com  
         Sabrina L. McKinney    trustees_office@ch13mdal.com  
                                                                                                        TOTAL: 3